**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Kalm Holdaway, a minor, by and through SOUTHWEST FIDUCIARY, INC., conservator of his estate,<br><br>   Plaintiff,<br><br>   v.<br><br>TRUCK INSURANCE EXCHANGE, et al.,<br><br>   Defendants. | No. CV-04-1133-PHX-SMM<br><br>**ORDER** |

After discovering a potential conflict of interest and conferring with counsel for all interested parties, the Court will, *sua sponte*, withdraw from this matter pursuant to 28 U.S.C. §455(a).

Accordingly, I hereby recuse myself from any further action in the above-captioned matter and order this case to be reassigned by the Clerk of Court, by random lot, to another Judge in the District of Arizona.

DATED this 10th day of October, 2006.

Stephen M. McNamee
United States District Judge