## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RONALD KALM HOLDAWAY, a minor, by and through SOUTHWEST FIDUCIARY, INC. Conservator of his estate,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CERTAIN LEAD UNDERWRITERS AT LLOYDS OF LONDON & COS., EXCHANGE NOS. 1170-0270, C30036-0270, C30037-0270 AND OTHER JOHN DOE EXCHANGES NOS. I-X, foreign businesses; AMERICAN INTERNATIONAL SPECIALITY LINE INSURANCE COMPANY, A foreign business; GEORGE A. DAVIDSON, M.D., a married man, PMH HEALTH SERVICES NETWORK, an Arizona corporation, d/b/a PHOENIX MEMORIAL HOSPITAL;<br><br>　　　　　　　Defendants.<br>_____ | CV '04-1133 PHX SRB<br><br>**ORDER RE DISMISSAL OF GEORGE A. DAVIDSON, M.D.**<br><br>(Hon. Susan R. Bolton) |

Based upon Stipulation of the parties;

IT IS HEREBY ORDERED that Defendant George A. Davidson, M.D. is hereby dismissed with prejudice in the above-referenced matter, each party to bear their own attorneys' fees and costs.

DATED this 21st day of May, 2007.

_____
Susan R. Bolton
United States District Judge